B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Northern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Smart Alec's Intelligent Food, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**94-3220252** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |

Street Address of Debtor (No. & Street, City, and State):
**2355 Telegraph Ave.**
**Berkeley, CA 94704**
ZIP CODE **94704**

Street Address of Joint Debtor (No. & Street, City, and State):
ZIP CODE

County of Residence or of the Principal Place of Business:
**Alameda**

County of Residence or of the Principal Place of Business:

Mailing Address of Debtor (if different from street address):
**1215 Sugg Parkway**
**Greenville, NC 27834**
ZIP CODE **27834**

Mailing Address of Joint Debtor (if different from street address):
ZIP CODE

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [x] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter.)*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Debts

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Smart Alec's Intelligent Food, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Smart Alec's Intelligent Food, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ James S. Monroe**
Signature of Attorney for Debtor(s)

**James S. Monroe  -(State Bar #102328)**
Printed Name of Attorney for Debtor(s)

**Monroe Law Group**
Firm Name

**101 California Street**
**Suite 2450**
**San Francisco, CA 94111**
Address

**Email:jim@monroe-law.com**
**(415) 869-1575 Fax:(415) 723-7423**
Telephone Number

**October 14, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David Steffensen**
Signature of Authorized Individual

**David Steffensen**
Printed Name of Authorized Individual

**Vice President/Treasurer**
Title of Authorized Individual

**October 14, 2010**
Date

**SMART ALEC'S INTELLIGENT FOOD, INC.**
**UNANIMOUS CONSENT OF STOCKHOLDERS AND BOARD OF DIRECTORS**
**TO ACTION WITHOUT MEETING**

The undersigned, being all the holders of the outstanding shares of capital stock of SMART ALEC'S INTELLIGENT FOOD, INC., a California corporation (the "Company"), hereby consent as of August 2, 2010, to the adoption of the following resolution as and for the action of the stockholders and Board of Directors of the Company without meeting, and agree that this Unanimous Consent shall be filed with the records of the meetings of the stockholders and Board of Directors and that such resolution may be certified by the Secretary or any other officer of the corporation as being in all respects duly adopted:

**RECITALS**

**WHEREAS**, the Company is in serious financial condition and is unable to continue without debt relief; and

**WHEREAS,** it appears that it is in the best interest of the Company, its stockholders and creditors for the Company to immediately commence a case under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code");

**RESOLUTIONS**

**NOW, THEREFORE,** be it hereby resolved, that the stockholders and directors find and determine that it is in the best interest of the Company, its stockholders and creditors, for it to commence a case under Chapter 11 of the Bankruptcy Code; and

**BE IT FURTHER RESOLVED** that David Steffensen is hereby designated and authorized to act as the authorized representative and "Responsible Individual" for the Company as may be necessary, appropriate and/or required by the Local Rules of the United States Bankruptcy Court for the Northern District of California; and

**BE IT FURTHER RESOLVED** that the officers and agents of the Company be, and each of them hereby is, empowered and directed without further action to prepare, sign, file and prosecute, and cause to be prepared, signed, filed and prosecuted, a petition for relief and documents necessary or proper to the prosecution of a petition for relief under Chapter 11 of the Bankruptcy Code, a sale of assets, financing, a plan of reorganization, or any other lawful purpose under Chapter 11 of the Bankruptcy Code; and

**BE IT FURTHER RESOLVED** that the officers and agents of the Company are authorized, empowered and directed to engage the services of professionals as may be necessary, convenient or appropriate to commence and prosecute the aforementioned Chapter 11 case, and to do all things, and to prepare, sign, and file all papers or documents necessary or proper to the prosecution of said Chapter 11 case.

**BE IT FURTHER RESOLVED,** that the authority given hereunder may be deemed retroactive and any and all acts authorized hereunder and performed prior to the passage of these resolutions are hereby ratified and affirmed.

This Unanimous Consent may be signed in one or more counterparts, each of which shall be deemed an original and all of which shall constitute one instrument.

**IN WITNESS WHEREOF,** the undersigned have consented to and adopted the foregoing resolutions as of the date first written above.

**STOCKHOLDER(S)**:                         **DIRECTOR(S)**:

SMART ALEC'S HOLDING COMPANY,
a California corporation

By: _____
Name: Brian R. Baymiller
Title: President

Seiji Takahashi

Yasuo Ezaki

Brian R. Baymiller

David Steffensen

-2-

**SMART ALEC'S INTELLIGENT FOOD, INC.**
<u>**SECRETARY'S CERTIFICATE**</u>

*I, Brian R. Baymiller, hereby certify that I am the duly elected and qualified Secretary of SMART ALEC'S INTELLIGENT FOOD, INC. (the "<u>Company</u>"), a corporation organized and existing under the laws of the State of California and having its principal place of business at 2355 Telegraph Avenue, Berkeley, California 94704.*

*I further certify that the following resolutions were duly adopted pursuant to a unanimous written consent to action without meeting by the Stockholders and Board of Directors of the corporation as of August 2, 2010.*

<u>**RESOLUTIONS**</u>

**NOW, THEREFORE,** be it hereby resolved, that the stockholders and directors find and determine that it is in the best interest of the Company, its stockholders and creditors, for it to commence a case under Chapter 11 of the Bankruptcy Code; and

**BE IT FURTHER RESOLVED** that David Steffensen is hereby designated and authorized to act as the authorized representative and "Responsible Individual" for the Company as may be necessary, appropriate and/or required by the Local Rules of the United States Bankruptcy Court for the Northern District of California; and

**BE IT FURTHER RESOLVED** that the officers and agents of the Company be, and each of them hereby is, empowered and directed without further action to prepare, sign, file and prosecute, and cause to be prepared, signed, filed and prosecuted, a petition for relief and documents necessary or proper to the prosecution of a petition for relief under Chapter 11 of the Bankruptcy Code, a sale of assets, financing, a plan of reorganization, or any other lawful purpose under Chapter 11 of the Bankruptcy Code; and

**BE IT FURTHER RESOLVED** that the officers and agents of the Company are authorized, empowered and directed to engage the services of professionals as may be necessary, convenient or appropriate to commence and prosecute the aforementioned Chapter 11 case, and to do all things, and to prepare, sign, and file all papers or documents necessary or proper to the prosecution of said Chapter 11 case.

✓

**BE IT FURTHER RESOLVED,** that the authority given hereunder may be deemed retroactive and any and all acts authorized hereunder and performed prior to the passage of these resolutions are hereby ratified and affirmed.

*I further certify that such resolutions have not been amended, repealed, rescinded or made void, in whole or in part, by any subsequent action of the stockholders or directors of the Company, and that the same are presently in full force and effect.*

*IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of this corporation this* 2nd *day of* ~~April~~ August, *2010.*

Brian R. Baymiller
*Secretary*

-2-

# United States Bankruptcy Court
## Northern District of California

In re  **Smart Alec's Intelligent Food, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Stephanie A. Dodson**<br>**2032 Donald Drive**<br>**Moraga, CA 94556** | **Stephanie A. Dodson**<br>**2032 Donald Drive**<br>**Moraga, CA 94556** | **Former Owner/Officer** | **Unliquidated Disputed** | **1,771.85** |
| **Martin F. Triano**<br>**Law Offices of Triano & Byrne**<br>**25 Jessie Street, 16th Floor**<br>**San Francisco, CA 94105** | **Martin F. Triano**<br>**Law Offices of Triano & Byrne**<br>**25 Jessie Street, 16th Floor**<br>**San Francisco, CA 94105** | **Attorney's fees incurred in representing former owner & officer of the debtor (beginning in 2002) and allegedly guaranteed by the debtor** | **Contingent Unliquidated Disputed** | **700,000.00** |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

In re    **Smart Alec's Intelligent Food, Inc.**                                      Case No.  _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President/Treasurer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **October 14, 2010**                          Signature    **/s/ David Steffensen**
                                                                    **David Steffensen**
                                                                    **Vice President/Treasurer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

James S. Monroe (State Bar No. 102328)
MONROE LAW GROUP
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: (415) 869-1575
Facsimile: (415) 723-7423
Email: jim@monroe-law.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SMART ALEC'S INTELLIGENT FOOD, INC., a California corporation, | Case No. |
| Debtor. | |

## **CREDITOR MATRIX COVER SHEET**

I, David Steffensen, Vice President/Treasurer of the Debtor herein, declare under penalty of perjury that I have read the attached Creditor Mailing List and that said list contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors, and parties in interest, to the best of my knowledge and belief.

Dated: October 14, 2010             */s/ David Steffensen*
                                    David Steffensen

I, James S. Monroe, counsel for the Debtor herein, declare that the attached Creditor Mailing Matrix conforms to the Clerk's promulgated requirements.

Dated: October 14, 2010             */s/ James S. Monroe*
                                    James S. Monroe

CREDITOR MATRIX COVER SHEET

# United States Bankruptcy Court
## Northern District of California

In re   **Smart Alec's Intelligent Food, Inc.**         Case No. _____

                                          Debtor(s)       Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Stephanie A. Dodson<br>2032 Donald Drive<br>Moraga, CA 94556 | Stephanie A. Dodson<br>2032 Donald Drive<br>Moraga, CA 94556 | Former Owner/Officer | Unliquidated Disputed | 1,771.85 |
| Martin F. Triano<br>Law Offices of Triano & Byrne<br>25 Jessie Street, 16th Floor<br>San Francisco, CA 94105 | Martin F. Triano<br>Law Offices of Triano & Byrne<br>25 Jessie Street, 16th Floor<br>San Francisco, CA 94105 | Attorney's fees incurred in representing former owner & officer of the debtor (beginning in 2002) and allegedly guaranteed by the debtor | Contingent Unliquidated Disputed | 700,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Smart Alec's Intelligent Food, Inc.**                                          Case No. _____

                                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President/Treasurer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **October 14, 2010**                          Signature   **/s/ David Steffensen**
                                                                   **David Steffensen**
                                                                   **Vice President/Treasurer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

**Smart Alec's Intelligent Food Inc**
# Statement of Revenue and Expenses
**August 2010**

| | Aug 10 | % of Income |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| Restaurant Sales | 113,369.60 | 100.1% |
| Coupon | (108.72) | (0.1)% |
| Over/Short | 12.60 | 0.0% |
| **Total Income** | 113,273.48 | 100.0% |
| | | |
| **Cost of Goods Sold** | | |
| Purchases--Food & Beverages | 54,504.29 | 48.1% |
| General Supplies | | |
| Wages & Benefits | 39,354.00 | 34.7% |
| Work Comp | 763.00 | 0.7% |
| **Total COGS** | 94,621.29 | 83.5% |
| | | |
| **Gross Profit** | 18,652.19 | 16.5% |
| **Expense** | | |
| Rent | 10,114.00 | 8.9% |
| Accounting | 1,804.00 | 1.6% |
| Repairs & Maintenance | | |
| Waste Handling | 79.50 | 0.1% |
| Contracted Outside Services | 219.00 | 0.2% |
| Legal Fees | 16,875.50 | 14.9% |
| Insurance | 140.00 | 0.1% |
| Payroll Processing fees | 228.34 | 0.2% |
| Operating & Cleaning Supplies | 204.53 | 0.2% |
| Printing and Reproduction | | |
| Parking & Tolls | 450.00 | 0.4% |
| Pest Control | | |
| Telephone | 337.50 | 0.3% |
| Property Taxes | 369.70 | 0.3% |
| Uniforms | 148.25 | 0.1% |
| Office Supplies | 62.98 | 0.1% |
| Bank Service Charges | 41.00 | 0.0% |
| Interest Expense | 1,369.88 | 1.2% |
| Licenses/Refuse | 1,735.79 | 1.5% |
| Utilities | 3,619.60 | 3.2% |
| **Total Expense** | 37,799.57 | 33.4% |
| | | |
| **Net Ordinary Income** | (19,147.38) | (16.9)% |
| | | |
| **Net Income** | (19,147.38) | (16.9)% |

Case: 10-71884   Doc# 1   Filed: 10/15/10   Entered: 10/15/10 08:46:15   Page 13 of 35

# Smart Alec's Intelligent Food Inc
# Balance Sheet
### As of August 31, 2010

|  | Aug 31, 10 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| BA #76499 | 382.96 |
| Summit Bank #100023290 | 9,348.55 |
| BA #60410 | 70,896.29 |
| Safe Change | 1,000.00 |
| **Total Checking/Savings** | 81,627.80 |
| **Other Current Assets** | |
| Employee Advance | 2,250.00 |
| Inventory | 15,180.90 |
| Loan Receivable | 63,750.00 |
| **Total Other Current Assets** | 81,180.90 |
| **Total Current Assets** | 162,808.70 |
| **Fixed Assets** | |
| Equipment | 16,056.44 |
| **Depreciable Assets** | |
| Accumulated Depreciation | (220,921.78) |
| Depreciable Assets - Other | 391,700.02 |
| **Total Depreciable Assets** | 170,778.24 |
| **Total Fixed Assets** | 186,834.68 |
| **Other Assets** | |
| Leasehold and Improvement | 16,970.95 |
| Deposits | 8,998.00 |
| **Total Other Assets** | 25,968.95 |
| **TOTAL ASSETS** | **375,612.33** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Accounts Payable | 7,509.97 |
| Accrued Payroll and Tax Liabili | 25,582.43 |
| Sales Tax Payable | 10,966.06 |
| **Total Other Current Liabilities** | 44,058.46 |
| **Total Current Liabilities** | 44,058.46 |
| **Long Term Liabilities** | |
| Loan from YKF | 450,000.00 |
| Summit Bank Loan #1018060 | 155,929.83 |

Restricted to Management Use Only

Case: 10-71884   Doc# 1   Filed: 10/15/10   Entered: 10/15/10 08:46:15   Page 14 of 35

# Smart Alec's Intelligent Food Inc
## Balance Sheet
### As of August 31, 2010

| | Aug 31, 10 |
|---|---|
| **Total Long Term Liabilities** | 605,929.83 |
| **Total Liabilities** | 649,988.29 |
| **Equity** | |
| Capital Stock | |
| Common Stock | 146,000.00 |
| **Total Capital Stock** | 146,000.00 |
| Retained Earnings | (395,545.20) |
| Net Income | (24,830.76) |
| **Total Equity** | (274,375.96) |
| **TOTAL LIABILITIES & EQUITY** | 375,612.33 |

**Restricted to Management Use Only**

Case: 10-71884   Doc# 1   Filed: 10/15/10   Entered: 10/15/10 08:46:15   Page 15 of 35

| Form **1120** | | | **U.S. Corporation Income Tax Return** | | | | | | OMB No. 1545-0123 |
|---|---|---|---|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | | For calendar year 2009 or tax year beginning  07-01 2009, ending  06-30 , 20 10 ▶ See separate instructions. | | | | | | **2009** |

**A** Check if:

1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

Use IRS label. Otherwise, print or type.

**Name**  SMART ALEC'S INTELLIGENT FOOD INC
**Number, street, and room or suite no. If a P.O. box, see instructions.**  2355 TELEGRAPH AVENUE
**City or town, state, and ZIP code**  Berkeley          CA   94704

**B** Employer identification number  94-3220252
**C** Date incorporated  02-01-1955
**D** Total assets (see instructions)  $   417,311

**E** Check if:   (1) ☐ Initial return   (2) ☐ Final return   (3) ☐ Name change   (4) ☐ Address change

| | | | | |
|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales  1,247,931 **b** Less returns and allowances _____ c Bal ▶ | 1c | 1,247,931 |
| | 2 | Cost of goods sold (Schedule A, line 8) | 2 | 923,332 |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 324,599 |
| | 4 | Dividends (Schedule C, line 19) | 4 | |
| | 5 | Interest | 5 | |
| | 6 | Gross rents | 6 | |
| | 7 | Gross royalties | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| | 10 | Other income (see instructions - attach schedule) | 10 | |
| | 11 | **Total income.** Add lines 3 through 10 ▶ | 11 | 324,599 |
| **Deductions (See instructions for limitations on deductions.)** | 12 | Compensation of officers (Schedule E, line 4) ▶ | 12 | |
| | 13 | Salaries and wages (less employment credits) | 13 | |
| | 14 | Repairs and maintenance | 14 | 17,260 |
| | 15 | Bad debts | 15 | |
| | 16 | Rents | 16 | 121,308 |
| | 17 | Taxes and licenses ATT CTL | 17 | 18,123 |
| | 18 | Interest | 18 | 14,493 |
| | 19 | Charitable contributions | 19 | |
| | 20 | Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return (attach Form 4562) | 20 | 5,868 |
| | 21 | Depletion | 21 | |
| | 22 | Advertising | 22 | 396 |
| | 23 | Pension, profit-sharing, etc., plans | 23 | |
| | 24 | Employee benefit programs | 24 | |
| | 25 | Domestic production activities deduction (attach Form 8903) | 25 | |
| | 26 | Other deductions (attach schedule) Statement # 5 | 26 | 369,303 |
| | 27 | **Total deductions.** Add lines 12 through 26 ▶ | 27 | 546,751 |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | (222,152) |
| | 29 | **Less:** a Net operating loss deduction (see instructions) · · · 29a _____ | | |
| | | b Special deductions (Schedule C, line 20) · · · · · · 29b _____ | 29c | |
| **Tax, Refundable Credits, and Payments** | 30 | **Taxable income.** Subtract line 29c from line 28 (see instructions) | 30 | (222,152) |
| | 31 | **Total tax** (Schedule J, line 10) | 31 | 0 |
| | 32a | 2008 overpayment credited to 2009 · · 32a _____ | | |
| | b | 2009 estimated tax payments · · · · · 32b _____ | | |
| | c | 2009 refund applied for on Form 4466 · · · · 32c ( _____ ) d Bal ▶ | 32d | |
| | e | Tax deposited with Form 7004 | 32e | |
| | f | Credits: (1) Form 2439 _____ (2) Form 4136 _____ | 32f | |
| | g | Refundable credits from Form 3800, line 19c, and Form 8827, line 8c · · · · 32g _____ | 32h | |
| | 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached · · · · · · · · · · ▶ ☐ | 33 | |
| | 34 | **Amount owed.** If line 32h is smaller than the total of lines 31 and 33, enter amount owed | 34 | |
| | 35 | **Overpayment.** If line 32h is larger than the total of lines 31 and 33, enter amount overpaid · · · · · · · · | 35 | |
| | 36 | Enter amount from line 35 you want: Credited to 2010 estimated tax ▶ _____ Refunded ▶ | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date  9-24-10   Title  Vice Pres. Sint

May the IRS discuss this return with the preparer shown below (see instructions)?  ☒ Yes  ☐ No

**Paid Preparer's Use Only**

| Preparer's signature | _____ | Date  09-03-2010 | Check if self-employed ☐ | Preparer's SSN or PTIN  P00450464 |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | Sanjiv Gupta CPA   39111 Paseo Padre Parkway, Suite   Fremont CA 94538 | | EIN  20-1552459 | |
| | | | Phone no.  (510) 818-0437 | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.     EEA     Form **1120** (2009)

## Schedule A   Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 5,369 |
| 2 | Purchases | 2 | 547,841 |
| 3 | Cost of labor | 3 | 380,178 |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 933,388 |
| 7 | Inventory at end of year | 7 | 10,056 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 923,332 |

9a   Check all methods used for valuing closing inventory:

    (i)   [X] Cost

    (ii)   [ ] Lower of cost or market

    (iii)   [ ] Other (Specify method used and attach explanation.) ▶ _____

   b   Check if there was a writedown of subnormal goods   ▶ [ ]

   c   Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)   ▶ [ ]

   d   If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO   | 9d | |

   e   If property is produced or acquired for resale, do the rules of section 263A apply to the corporation?   [ ] Yes   [ ] No

   f   Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation   [ ] Yes   [ ] No

## Schedule C   Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4   ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b   ▶ | | | |

## Schedule E   Compensation of Officers (see instructions for page 1, line 12)

**Note: Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.**

| | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | (d) Common | (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| 1 | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| 2 | Total compensation of officers | | | | | |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return | | | | | |
| 4 | Subtract line 3 from line 2. Enter the result here and on page 1, line 12 | | | | | |

Note: columns (d) and (e) are headed "Percent of corporation stock owned".

EEA                                                           Form **1120** (2009)

Case: 10-71884    Doc# 1    Filed: 10/15/10    Entered: 10/15/10 08:46:15    Page 17 of 35

## Schedule J   Tax Computation (see instructions)

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ▶ | | |
| 2 | Income tax. Check if a qualified personal service corporation (see instructions) ▶ | 2 | 0 |
| 3 | Alternative minimum tax (attach Form 4626) | 3 | |
| 4 | Add lines 2 and 3 | 4 | 0 |
| 5a | Foreign tax credit (attach Form 1118) — 5a | | |
| b | Credit from Form 8834, line 29 — 5b | | |
| c | General business credit (attach Form 3800) — 5c | | |
| d | Credit for prior year minimum tax (attach Form 8827) — 5d | | |
| e | Bond credits from Form 8912 — 5e | | |
| 6 | Total credits. Add lines 5a through 5e | 6 | |
| 7 | Subtract line 6 from line 4 | 7 | 0 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | 8 | |
| 9 | Other taxes. Check if from:  ☐ Form 4255  ☐ Form 8611  ☐ Form 8697  ☐ Form 8866  ☐ Form 8902  ☐ Other (attach schedule) | 9 | |
| 10 | Total tax. Add lines 7 through 9. Enter here and on page 1, line 31 | 10 | 0 |

## Schedule K   Other Information (see instructions)

|  | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:  a ☐ Cash   b ☒ Accrual   c ☐ Other (specify) ▶ | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. ▶ 722210 | | |
| b | Business activity ▶ RESTAURANT | | |
| c | Product or service ▶ FOOD | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? | | X |
| | If "Yes," enter name and EIN of the parent corporation ▶ | | |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes", complete Part II of Schedule G (Form 1120) (attach Schedule G) | | X |

| | | Yes | No |
|---|---|---|---|
| 5 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on   Form 851, Affiliations Schedule? For rules of constructive ownership, see instructions | | X |
| | If "Yes," complete (i) through (iv). | | |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Case: 10-71884   Doc# 1   Filed: 10/15/10   Entered: 10/15/10 08:46:15   Page 18 of 35

**Schedule K** | **Continued**

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership

(including any entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions · · · · · · · · ·    X

If "Yes," complete (i) through (iv).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in

excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) · · · · · · · · · · · · · · ·    X

If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all

classes of the corporation's stock entitled to vote or **(b)** the total value of all classes of the corporation's stock? · · · · · · · · · · ·    X

For rules of attribution, see section 318. If "Yes," enter:

(i) Percentage owned ▶ _____ and **(ii)** Owner's country ▶ _____

(c) The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign

Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ 0

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount  · · · · · · · · · · · · ▶ ☐

If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year  ▶ $ _____

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer)  ▶  2 _____

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here  · · · · · · · · · · · ▶ ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or

the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction on line 29a.)  ▶ $ _____

**13** Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year and its total assets at the end of the

tax year less than $250,000? · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2 on page 5. Instead, enter the total amount of cash

distributions and the book value of property distributions (other than cash) made during the tax year.  ▶ $ _____

Case: 10-71884   Doc# 1   Filed: 10/15/10   Entered: 10/15/10 08:46:15   Page 19 of 35

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash . . . . . . . . . . . . . . . . . . . | | 2,940 | | 145,673 |
| 2a | Trade notes and accounts receivable . . . . . | | | | |
| b | Less allowance for bad debts . . . . . . . . . | ( ) | | ( ) | |
| 3 | Inventories . . . . . . . . . . . . . . . . . | | 5,369 | | 10,056 |
| 4 | U.S. government obligations . . . . . . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . . . . | | | | |
| 6 | Other current assets (attach schedule) . . . . | Statement # 8 | 84,549 | | 76,002 |
| 7 | Loans to shareholders . . . . . . . . . . . . | | | | |
| 8 | Mortgage and real estate loans . . . . . . . . | | | | |
| 9 | Other investments (attach schedule) . . . . . . | | | | |
| 10a | Buildings and other depreciable assets . . . . | 391,700 | | 401,829 | |
| b | Less accumulated depreciation . . . . . . . . . | ( 210,381) | 181,319 | ( 216,249) | 185,580 |
| 11a | Depletable assets . . . . . . . . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . . . . . . | ( ) | | ( ) | |
| 12 | Land (net of any amortization) . . . . . . . . | | | | |
| 13a | Intangible assets (amortizable only) . . . . . . | | | | |
| b | Less accumulated amortization . . . . . . . . | ( ) | | ( ) | |
| 14 | Other assets (attach schedule) . . . . . . . . | | | | |
| 15 | Total assets . . . . . . . . . . . . . . . . . | | 274,177 | | 417,311 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . . . . . . . . . | | 7,386 | | 44,219 |
| 17 | Mortgages, notes, bonds payable in less than 1 year . . | | | | |
| 18 | Other current liabilities (attach schedule) . . . | Statement # 11 | 35,519 | | 26,972 |
| 19 | Loans from shareholders . . . . . . . . . . . | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more . . | | 229,328 | | 566,328 |
| 21 | Other liabilities (attach schedule) . . . . . . . | Statement # 12 | | | |
| 22 | Capital stock:    a Preferred stock . . . . . . | | | | |
| |             b Common stock . . . . . . | 146,000 | 146,000 | 146,000 | 146,000 |
| 23 | Additional paid-in capital . . . . . . . . . . . | | | | |
| 24 | Retained earnings-Appropriated (attach schedule) . . | | | | |
| 25 | Retained earnings-Unappropriated . . . . . . | | (144,056) | | (366,208) |
| 26 | Adjustments to shareholders' equity (attach schedule) . | | | | |
| 27 | Less cost of treasury stock . . . . . . . . . . | ( ) | | ( ) | |
| 28 | Total liabilities and shareholders' equity . . . . | | 274,177 | | 417,311 |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return |
|---|---|

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more-see instructions

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . . . . . | (222,152) | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax per books . . . . . . . . . | | | Tax-exempt interest $ _____ | |
| 3 | Excess of capital losses over capital gains . . . | | | _____ | |
| 4 | Income subject to tax not recorded on books this year (itemize): _____ | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | a | Depreciation . . . . . . $ _____ | |
| a | Depreciation . . . . . . $ _____ | | b | Charitable contributions $ _____ | |
| b | Charitable contributions . $ _____ | | | _____ | |
| c | Travel and entertainment $ _____ | | | _____ | |
| | _____ | | 9 | Add lines 7 and 8 . . . . . . . . . . | |
| 6 | Add lines 1 through 5 . . . . . . . . . . . . . | (222,152) | 10 | Income (page 1, line 28)-line 6 less line 9 | (222,152) |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L) |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year . . . . . . . . . | (144,056) | 5 | Distributions:   a Cash . . . . . . . | |
| 2 | Net income (loss) per books . . . . . . . . . | (222,152) | |           b Stock . . . . . . . | |
| 3 | Other increases (itemize): _____ | | |           c Property . . . . . | |
| | _____ | | 6 | Other decreases (itemize): _____ | |
| | | | 7 | Add lines 5 and 6 . . . . . . . . . . . | |
| 4 | Add lines 1, 2, and 3 . . . . . . . . . . . . . | (366,208) | 8 | Balance at end of year (line 4 less line 7) | (366,208) |

EEA                                                               Form **1120** (2009)

Form **4562**

### Depreciation and Amortization
### (Including Information on Listed Property)

OMB No. 1545-0172

**2009**

Department of the Treasury
Internal Revenue Service    (99)

▶ See separate instructions.    ▶ Attach to your tax return.

Attachment
Sequence No. **67**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| SMART ALEC'S INTELLIGENT FOOD IN | FORM 1120 | 94-3220252 |

**Part I**    Election To Expense Certain Property Under Section 179
Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses · · · · · · · · · · · · | 1 | |
| 2 | Total cost of section 179 property placed in service (see instructions) · · · · · · · · · · · | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) · · · · · · · · | 3 | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- · · · · · · · · · · · · | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 5 | |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| 6 | | |
| | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 · · · · · · · · · · · · · · | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 · · · · · · · · · · · | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 · · · · · · · · · · · · · · · · · · · · | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2008 Form 4562 · · · · · · · · · · · · · · | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5  (see instructions) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 · · · · · · · · · | 12 | |
| 13 | Carryover of disallowed deduction to 2010. Add lines 9 and 10, less line 12 · · ▶ | 13 | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

**Part II**    Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 14 | |
| 15 | Property subject to section 168(f)(1) election · · · · · · · · · · · · · · · · · · · · · · · · | 15 | |
| 16 | Other depreciation (including ACRS) · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 16 | 5,375 |

**Part III**    MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2009 · · · · · · · · · · | 17 | 436 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ▶ ☐ | | |

**Section B - Assets Placed in Service During 2009 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only-see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a   3-year property | | | | | | |
| b   5-year property | | 858 | 5 | MQ | 200 DB | 43 |
| c   7-year property | | | | | | |
| d   10-year property | | | | | | |
| e   15-year property | | | | | | |
| f   20-year property | | | | | | |
| g   25-year property | | | 25 yrs. | | S/L | |
| h   Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| I   Nonresidential real property | 2010-06 | 9,271 | 39 yrs. 27.5 | MM MM | S/L S/L | 14 |

**Section C - Assets Placed in Service During 2009 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a   Class life | | | | | S/L | |
| b   12-year | | | 12 yrs. | | S/L | |
| c   40-year | | | 40 yrs. | MM | S/L | |

**Part IV**    Summary (see instructions)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 · · · · · · · · · · · · · · · · · · · · · · · · · · | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions · · · · · · · | 22 | 5,868 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs · · · · · · · · · · · · | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.      EEA      Form 4562 (2009)

| TAXABLE YEAR | California Corporation | FORM |
|---|---|---|
| **2009** | **Franchise or Income Tax Return** | **100** |

For calendar year 2009 or fiscal year beginning month __07__ day __01__ year __2009__ and ending month __06__ day __30__ year __2010__

Corporation name: **SMART ALEC'S INTELLIGENT FOOD INC**

California corporation number: **1926558**

Address (suite, room, or PMB no.): **2355 TELEGRAPH AVENUE**

FEIN: **94-3220252**

City: **Berkeley, CA 94704**　　State　ZIP Code

**Schedule Q Questions** (continued on Side 2)

A  1. **FINAL RETURN?** ● [ ] Dissolved  [ ] Surrendered (withdrawn)
[ ] Merged/Reorganized  [ ] IRC Section 338 sale  [ ] QSub election
Enter date ●

2. **DEFERRED INCOME** Did this corporation elect to defer income
from the discharge of indebtedness as described
in IRC Section 108(i) for federal purposes?  ● [ ] Yes  [X] No
If "Yes," enter the **federal** deferred income from discharge of
indebtedness · · · · · · · · · · · · ● $ _____

B  1. Is income included in a combined report of a
unitary group? · · · · · · · · · · · · · · · ● [ ] Yes  [ ] No
2. If "Yes," indicate:  [ ] wholly within CA (R&TC 25110.15)
[ ] within and outside of CA
3. Is there a change in the members listed in
Schedule R-7 from the prior year? · · · · · · ● [ ] Yes [ ] No
4. Enter the number of members (including parent
or key corporation) listed in the Schedule R-7,
Part I, Section A, subject to income or franchise tax  · ●
5. Is form FTB 3544 attached to the return? · · · · ● [ ] Yes [X] No

| | | | |
|---|---|---|---|
| S t a t e   A d j u s t m e n t s | 1 Net income (loss) before state adjustments. See instructions · · · · · · · · · · · · · · · · · · ● | **1** | (222,152) 00 |
| | 2 Amount deducted for foreign or domestic tax based on income or profits from Schedule A  · · · · · ● | **2** | 00 |
| | 3 Amount deducted for tax under the provisions of the Corporation Tax Law from Schedule A  · · · · ● | **3** | 00 |
| | 4 Interest on government obligations · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ● | **4** | 00 |
| | 5 Net California capital gain from Side 5, Schedule D, line 11 · · · · · · · · · · · · · · · · · · · ● | **5** | 00 |
| | 6 Depreciation and amortization in excess of amount allowed under California law. Attach form FTB 3885 ● | **6** | 00 |
| | 7 Net income from corporations not included in federal consolidated return. See instructions  · · · · ● | **7** | 00 |
| | 8 Other additions. Attach schedule(s) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ● | **8** | 00 |
| | 9 Total. Add line 1 through line 8 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ● | **9** | (222,152) 00 |

| | | | | |
|---|---|---|---|---|
| | 10 Intercompany dividend deduction. Attach Schedule H (100)  · · · · · ● | **10** | 00 | |
| | 11 Dividends received deduction. Attach Schedule H (100)  · · · · · · · ● | **11** | 00 | |
| | 12 Additional depreciation allowed under CA law. Attach form FTB 3885  · ● | **12** | 60 00 | |
| | 13 Capital gain from federal Form 1120, line 8 · · · · · · · · · · · · · · ● | **13** | 00 | |
| | 14 Contributions · · · · · · · · · · · · · · · · · · · · · · · · · · · ● | **14** | 00 | |
| | 15 EZ, LAMBRA, or TTA business expense and EZ net interest deduction  · ● | **15** | 00 | |
| | 16 Other deductions. Attach schedule(s) · · · · · · · · · · · · · · · · ● | **16** | 00 | |
| | 17 Total. Add line 10 through line 16 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ● | **17** | | 60 00 |
| | 18 Net income (loss) after state adjustments. Subtract line 17 from line 9 · · · · · · · · · · · · · ● | **18** | | (222,212) 00 |

| | | | | |
|---|---|---|---|---|
| N e t   I n c o m e | 19 Net income (loss) for state purposes. Complete Schedule R if apportioning income. See instructions  · ● | **19** | | (222,212) 00 |
| | 20 Net operating loss (NOL) carryover deduction. See instructions  · · · ● | **20** | 00 | |
| | 21 Pierce's disease, EZ, LARZ, TTA, or LAMBRA NOL carryover deduction. See instructions · · · · · · · · · · · · · · · · · · · · · · · · · · ● | **21** | 00 | |
| | 22 Disaster loss carryover deduction. See instructions · · · · · · · · · ● | **22** | 00 | |
| | 23 Net income for tax purposes. Combine line 20 through line 22. Then, subtract from line 19  · · · · · ● | **23** | | (222,212) 00 |

| | | | | |
|---|---|---|---|---|
| T a x e s | 24 Tax. _8.84_ % x line 23 (not less than minimum franchise tax, if applicable) · · · · · · · · · · · · ● | **24** | | 800 00 |
| | 25 New jobs credit · · · · · · · · · · a) amount generated ● | b) amount claimed ● | **25b** | | 00 |
| | 26a Credit name _____ code no. ___ amount ▶ | **26a** | 00 | |
| | 26b Credit name _____ code no. ___ amount ▶ | **26b** | 00 | |
| | 27 To claim more than two credits, see instructions  · · · · · · · · · · · ● | **27** | 00 | |
| | 28 Add line 25b through line 27 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ● | **28** | | 00 |
| | 29 **Balance.** Subtract line 28 from line 24 (not less than minimum franchise tax, if applicable) · · · · · · · ● | **29** | | 800 00 |
| | 30 Alternative minimum tax. Attach Schedule P (100). See instructions · · · · · · · · · · · · · · · · ● | **30** | | 00 |
| | 31 **Total tax.** Add line 29 and line 30 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ● | **31** | | 800 00 |

| | | | | |
|---|---|---|---|---|
| P a y m e n t s | 32 Overpayment from prior year allowed as a credit · · · · · · · · · · · ● | **32** | 00 | |
| | 33 2009 Estimated tax payments. See instructions · · · · · · · · · · · ● | **33** | 00 | |
| | 34 2009 Resident/nonresident or real estate withholding. See instructions ● | **34** | 00 | |
| | 35 Amount paid with extension of time to file tax return · · · · · · · · · ● | **35** | 00 | |
| | 36 Total payments. Add line 32 through line 35 · · · · · · · · · · · · · · · · · · · · · · · · · · · ● | **36** | | 00 |

043　　3601094

Form 100 C1 2009  **Side 1**

Case: 10-71884  Doc# 1  Filed: 10/15/10  Entered: 10/15/10 08:46:15  Page 22 of 35

| | | | | | |
|---|---|---|---|---|---|
| | 37 Franchise or Income tax due. If line 31 is more than line 36, subtract line 36 from line 31. Go to line 40 | ● | 37 | 800 | 00 |
| Refund or Amount Due | 38 Overpayment. If line 36 is more than line 31, subtract line 31 from line 36 · · · · · · · · · · · · · · · · ·● | | 38 | | 00 |
| | 39 Amount of line 38 to be credited to 2010 estimated tax · · · · · · · · · · · · · · · · · · · · · ·● | | 39 | | 00 |
| | 40 Use tax. This is not a total tax. See instructions · · · · · · · · · · ·● 40 | 00 | | | |
| | 41 Refund. If the sum of line 39 and line 40 is less than line 38, then subtract the result from line 38 · · · ·● | 41 | | | 00 |
| | See instructions to have the refund directly deposited. a Routing number · · · · · · · · · · · · ● 41a | | | | |
| | b Type: Checking ● ☐ Savings ● ☐ c Account number · · · · · · · · · · · · · · · ● 41c | | | | |
| | 42 a Penalties and interest · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ● 42a | | | | 00 |
| | b ● ☐ Check if estimate penalty computed using Exception B or C. See instructions. | | | | |
| | 43 Total amount due. Add line 37, line 39, line 40, and line 42a. Then, subtract line 38 from the result · · · · | 43 | | 800 | 00 |

## Schedule Q Questions (continued from Side 1)

**C** If the corporation filed on a water's-edge basis pursuant to R&TC

Sections 25110 and 25113 in previous years, enter the

date the water's-edge election ended ●_____

**D** Was the corporation's income included in a

consolidated federal return? · · · · · · · · · · · · · · · ● ☐Yes ☒No

**E** Principal business activity code. (Do not leave blank): ● 722210

Business activity RESTAURANT_____

Product or service FOOD_____

**F** Date Incorporated: 1955-02-01_____

Where: ● State CA Country_____

**G** Date business began in California or date income was first derived from

California sources ● 1955-02-01_____

**H** First return? ● ☐Yes ☒No If "Yes" and this corporation is a

successor to a previously existing business, check the appropriate box.

● (1) ☐ sole proprietorship (2) ☐ partnership (3) ☐ joint venture

(4) ☐ corporation (5) ☐ other

(attach statement showing name, address, and FEIN/SSN/ITIN of previous business)

**I** "Doing business as" name. See instructions: ●_____

**J** 1. For this taxable year, was there a change in control
or majority ownership for this corporation or any of
its subsidiaries that owned or (under certain
circumstances) leased real property in California? · · · · · ● ☐Yes ☐No

2. For this taxable year, did this corporation or any of its
subsidiaries acquire control or majority ownership of
any other legal entity that owned or (under certain
circumstances) leased real property in California? · · · · · ● ☐Yes ☐No

3. If this corporation or any of its subsidiaries owned or
(under certain circumstances) leased real property in
California, has more than 50% of the voting stock of any
one of them cumulatively transferred in one or more
transactions since March 1, 1975, which was not
reported on a previous year's tax return? · · · · · · · · · ● ☐Yes ☐No

(Penalties may apply - see instructions.)

**K** At any time during the taxable year, was more than

50% of the voting stock:

1. Of the corporation owned by any single interest? · · · · · ● ☐Yes ☒No

2. Of another corporation owned by this corporation? · · · · ● ☐Yes ☒No

**3** Of this and one or more other corporations owned or
controlled, directly or indirectly, by the same interests? · · · · · ● ☐Yes ☒No

If 1 or 3 is "Yes," enter the country of the ultimate parent

●_____

If 1, 2, or 3 is "Yes," furnish a statement of ownership indicating
pertinent names, addresses, and percentages of stock owned.
If the owner(s) is an individual, provide the SSN/ITIN.

**L** Has the corporation included a reportable transaction
or listed transaction within this return?
(See instructions for definitions) · · · · · · · · · · · · · · · ● ☐Yes ☐No

If "Yes," complete and attach federal Form 8886 for each transaction.

**M** Is this corporation apportioning income to California

using Schedule R? · · · · · · · · · · · · · · · · · · · · · ● ☐Yes ☒No

**N** How many affiliates in the combined report are claiming immunity from taxation in

California under Public Law 86-272?

**O** Corporation headquarters are: ● (1) ☒ Within California

(2) ☐ Outside of California, within the U.S. (3) ☐ Outside of the U.S.

**P** Location of principal accounting records

SEE CAC SCHQ FORM_____

**Q** Accounting method: ● (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other

**R** Does this corporation or any of its subsidiaries have a Deferred

Intercompany Stock Account (DISA)? · · · · · · · · · · · · · ● ☐Yes ☒No

If "Yes," enter the total balance of all DISAs ● $_____

**S** Is this corporation or any of its subsidiaries a RIC? · · · · · · · · ● ☐Yes ☐No

**T** Is this corporation treated as a REMIC for California purposes? · ● ☐Yes ☐No

**U** Is this corporation a REIT for California purposes? · · · · · · · · ● ☐Yes ☐No

**V** Is this corporation an LLC or limited partnership electing to

be taxed as a corporation for federal purposes? · · · · · · · · ● ☐Yes ☐No

**W** Is this corporation to be treated as a credit union? · · · · · · · · ● ☐Yes ☐No

**X** Is the corporation under audit by the IRS or has it been

audited by the IRS in a prior year? · · · · · · · · · · · · · · · ● ☐Yes ☐No

**Y** Have all required information returns (e.g. federal

Forms 1099, 5471, 5472, 8300, 8865, etc.) been

filed with the Franchise Tax Board? · · · · · · · · · · · ● ☒N/A ☐Yes ☐No

**Z** Does the taxpayer (or any corporation of the taxpayer's combined group, if

applicable) own 80% or more of the stock of an insurance company? · · ● ☐Yes ☐No

**AA** Did this corporation file the federal Schedule M-3 (Form 1120/1120F)? ● ☐Yes ☐No

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Sign Here | | | | | | |
|---|---|---|---|---|---|---|
| | Signature of officer ►STEPHANIE DODSON | | Title CEO | | Date | ● Telephone |
| Paid Pre- parer's Use Only | Preparer's signature ► | | | Date 09-03-2010 | Check if self-employed ► ☐ | ● Preparer's SSN/PTIN P00450464 |
| | Firm's name (or yours, if self-employed) and address | Sanjiv Gupta CPA ►39111 Paseo Padre Parkway, Suite 213 Fremont, CA 94538 | | | | ● FEIN 20-1552459 |
| | | | | | | ● Telephone 510-818-0437 |
| | May the FTB discuss this return with the preparer shown above? See instructions · · · · · · · · · · · ·● | | | | | ☒Yes ☐No |

Case: 10-71884   Doc# 1   Filed: 10/15/10   Entered: 10/15/10 08:46:15   Page 23 of 35

**Schedule A**   Taxes Deducted. Use additional sheet(s) if necessary.

| (a)<br>Nature of tax | (b)<br>Taxing authority | (c)<br>Total amount | (d)<br>Nondeductible amount | |
|---|---|---|---|---|
| STATEMENT # 9B | | | | 00 |
| | | | | 00 |
| **Total.** Enter total of column (c) on Sch. F, line 17, and total of column (d) on Side 1, line 2 or line 3 | | 18,123 | | 00 |

**Schedule F**   Computation of Net Income. See instructions.

<table>
<tr><td rowspan="11" style="writing-mode:vertical-lr">I n c o m e</td><td colspan="5">1  a) Gross receipts or gross sales     1,247,931</td></tr>
<tr><td colspan="2">b) Less returns and allowance       c) Balance · · · · · · · · · · · ·</td><td>1c</td><td style="text-align:right">1,247,931</td><td>00</td></tr>
<tr><td colspan="2">2  Cost of goods sold. Attach federal Schedule A (California Schedule V) · · · · · · · · · · · · · · · ·</td><td>2</td><td style="text-align:right">923,332</td><td>00</td></tr>
<tr><td colspan="2">3  Gross profit. Subtract line 2 from line 1c · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·</td><td>3</td><td style="text-align:right">324,599</td><td>00</td></tr>
<tr><td colspan="2">4  Total dividends. Attach federal Schedule C, California Schedule H (100) · · · · · · · · · · · · · · · · ·</td><td>4</td><td></td><td>00</td></tr>
<tr><td colspan="2">5  a) Interest on obligations of the United States and U.S. instrumentalities · · · · · · · · · · · · · · · ·</td><td>5a</td><td></td><td>00</td></tr>
<tr><td colspan="2">     b) Other interest. Attach schedule · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·</td><td>5b</td><td></td><td>00</td></tr>
<tr><td colspan="2">6  Gross rents · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·</td><td>6</td><td></td><td>00</td></tr>
<tr><td colspan="2">7  Gross royalties · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·</td><td>7</td><td></td><td>00</td></tr>
<tr><td colspan="2">8  Capital gain net income. Attach federal Schedule D (California Schedule D) · · · · · · · · · · · · · · ·</td><td>8</td><td></td><td>00</td></tr>
<tr><td colspan="2">9  Ordinary gain (loss). Attach federal Form 4797 (California Schedule D-1) · · · · · · · · · · · · · · · ·</td><td>9</td><td></td><td>00</td></tr>
</table>

|  |  |  |
|---|---|---|
| 10  Other income (loss). Attach schedule · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 10 |   | 00 |
| 11  **Total income.** Add line 3 through line 10 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 11 | 324,599 | 00 |

<table>
<tr><td rowspan="20" style="writing-mode:vertical-lr">D e d u c t i o n s</td><td colspan="2">12  Compensation of officers. Attach federal Schedule E or</td><td></td><td></td><td></td></tr>
<tr><td colspan="2">     equivalent schedule · · · · · · · · · · · · · · · · · · · · · · · · · ·</td><td>12</td><td></td><td>00</td></tr>
<tr><td colspan="2">13  Salaries and wages (not deducted elsewhere) · · · · · · · · · · · · · ·</td><td>13</td><td></td><td>00</td></tr>
<tr><td colspan="2">14  Repairs · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·</td><td>14</td><td style="text-align:right">17,260</td><td>00</td></tr>
<tr><td colspan="2">15  Bad debts · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·</td><td>15</td><td></td><td>00</td></tr>
<tr><td colspan="2">16  Rents · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·</td><td>16</td><td style="text-align:right">121,308</td><td>00</td></tr>
<tr><td colspan="2">17  Taxes (California Schedule A) · · · · · · · · · · · · · · · · · · · · · · · · · ·</td><td>17</td><td style="text-align:right">18,123</td><td>00</td></tr>
<tr><td colspan="2">18  Interest. Attach schedule · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·</td><td>18</td><td style="text-align:right">14,493</td><td>00</td></tr>
<tr><td colspan="2">19  Contributions. Attach schedule · · · · · · · · · · · · · · · · · · · · · · · · · ·</td><td>19</td><td></td><td>00</td></tr>
<tr><td colspan="2">20  Depreciation. Attach federal</td><td></td><td></td><td></td></tr>
<tr><td colspan="2">     Form 4562 and FTB 3885 · · · · · · · · · · · ·   **20**        5,868</td><td></td><td></td><td></td></tr>
<tr><td colspan="2">21  Less depreciation claimed</td><td></td><td></td><td></td></tr>
<tr><td colspan="2">     elsewhere on return · · · · · · · · · · · · · ·   **21a**</td><td>21b</td><td style="text-align:right">5,868</td><td>00</td></tr>
<tr><td colspan="2">22  Depletion. Attach schedule · · · · · · · · · · · · · · · · · · · · · · · · · · · ·</td><td>22</td><td></td><td>00</td></tr>
<tr><td colspan="2">23  Advertising · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·</td><td>23</td><td style="text-align:right">396</td><td>00</td></tr>
<tr><td colspan="2">24  Pension, profit-sharing plans, etc. · · · · · · · · · · · · · · · · · · · · · · ·</td><td>24</td><td></td><td>00</td></tr>
<tr><td colspan="2">25  Employee benefit plans · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·</td><td>25</td><td></td><td>00</td></tr>
<tr><td colspan="2">26  a) Total travel and entertainment</td><td></td><td></td><td></td></tr>
<tr><td colspan="2">     b) Deductible amounts · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·</td><td>26b</td><td></td><td>00</td></tr>
<tr><td colspan="2">27  Other deductions. Attach schedule · · STATEMENT. # 9C · · · · · · ·</td><td>27</td><td style="text-align:right">369,303</td><td>00</td></tr>
</table>

|  |  |  |  |
|---|---|---|---|
| 28  Specific deduction for organizations under R&TC Section 23701r or 23701t. | | | |
|      See instructions · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 28 | | 00 |
| 29  **Total deductions.** Add line 12 through line 28 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 29 | 546,751 | 00 |
| 30  Net income before state adjustments. Subtract line 29 from line 11. Enter here and on Side 1, line 1 · · | 30 | (222,152) | 00 |

**Schedule J**   Add-On Taxes and Recapture of Tax Credits. See instructions.

| | | | |
|---|---|---|---|
| 1 | LIFO recapture due to S corporation election, IRC Sec. 1363(d) deferral: $          · · · · · · · · | 1 | 00 |
| 2 | Interest computed under the look-back method for completed long-term contracts (Attach form FTB 3834) · · | 2 | 00 |
| 3 | Interest on tax attributable to installment:   a   Sales of certain timeshares and residential lots · · · · · · · · · · | 3a | 00 |
| |                     **b**   Method for nondealer installment obligations · · · · · · · · · · · · | 3b | 00 |
| 4 | IRC Section 197(f)(9)(B)(ii) election · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 4 | 00 |
| 5 | Credit recapture name:                  · · · · · · · | 5 | 00 |
| 6 | Combine line 1 through line 5, revise Side 2, line 37 or line 38, whichever applies, by this amount. Write | | |
| | "Schedule J" to the left of line 37 or line 38 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 6 | 00 |

Case: 10-71884   Doc# 1   Filed: 10/15/10   Entered: 10/15/10 08:46:15   Page 24 of 35

## Schedule V    Cost of Goods Sold

| | | | |
|---|---|---|---|
| 1 Inventory at beginning of year · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 1 | 5,369 | 00 |
| 2 Purchases · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 2 | 547,841 | 00 |
| 3 Cost of labor · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ● | 3 | 380,178 | 00 |
| 4 a Additional IRC Section 263A costs. Attach schedule · · · · · · · · · · · · · · · · · · · · · · · · · · · ● | 4a | | 00 |
| b Other costs. Attach schedule · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ● | 4b | | 00 |
| 5 Total. Add line 1 through line 4b · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 5 | 933,388 | 00 |
| 6 Inventory at end of year · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 6 | 10,056 | 00 |
| 7 Cost of goods sold. Subtract line 6 from line 5. Enter here and on Side 3, Schedule F, line 2 · · · · · · · · · · · · · | 7 | 923,332 | 00 |

Method of inventory valuation ▶ COST

Was there any change in determining quantities, costs of valuations between opening and closing inventory? · · · · · · · · · · · · · ·   ☐ Yes   ☐ No

If "Yes," attach an explanation.

Enter California seller's permit number, if any ▶

Check if the LIFO inventory method was adopted this taxable year for any goods. If checked, attach federal Form 970 · · · · · · · · · · · · · · · · ☐

If the LIFO inventory method was used for this taxable year, enter the amount of closing inventory under LIFO

Do the rules of IRC Section 263A (with respect to property produced or acquired for resale) apply to the corporation? · · · · · · · · · ·   ☐ Yes   ☐ No

---

The corporation may not be required to complete Schedules L, M-1, and M-2. See Schedule M-1 instructions for reporting requirements.

## Schedule L    Balance Sheet

| | Beginning of taxable year | | End of taxable year | |
|---|---|---|---|---|
| **Assets** | (a) | (b) | (c) | (d) |
| 1 Cash · · · · · · · · · · · · · · · · · · · · · · | | 2,940 | | 145,673 |
| 2 a Trade notes and accounts receivable · · · · · | | | | |
| b Less allowance for bad debts · · · · · · · · ( | ) | ( | ) | |
| 3 Inventories · · · · · · · · · · · · · · · · · · · | | 5,369 | | 10,056 |
| 4 Federal and state government obligations · · · · | | | | |
| 5 Other current assets. Attach schedule(s) · · · · | | 84,549 | | 76,002 |
| 6 Loans to stockholders/officers. Attach schedule · | | | | |
| 7 Mortgage and real estate loans · · · · · · · · · | | | | |
| 8 Other investments. Attach schedule(s) · · · · · | | | | |
| 9 a Buildings and other fixed depreciable assets · | 391,700 | | 401,829 | |
| b Less accumulated depreciation · · · · · · · ( | 210,381) | 181,319 ( | 216,249) | 185,580 |
| 10 a Depletable assets · · · · · · · · · · · · · · | | | | |
| b Less accumulated depletion · · · · · · · · · ( | ) | ( | ) | |
| 11 Land (net of any amortization) · · · · · · · · · · | | | | |
| 12 a Intangible assets (amortizable only) · · · · · · | | | | |
| b Less accumulated amortization · · · · · · · ( | ) | ( | ) | |
| 13 Other assets. Attach schedule(s) · · · · · · · · | | | | |
| 14 Total assets · · · · · · · · · · · · · · · · · · · | | 274,177 | | 417,311 |
| **Liabilities and Stockholders' Equity** | | | | |
| 15 Accounts payable · · · · · · · · · · · · · · · · | | 7,386 | | 44,219 |
| 16 Mortgages, notes, bonds payable in less than 1 year · · · | | | | |
| 17 Other current liabilities. Attach schedule(s) · · · | | 35,519 | | 26,972 |
| 18 Loans from stockholders. Attach schedule(s) · · | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more · · · | | 229,328 | | 566,328 |
| 20 Other liabilities. Attach schedule(s) · · · · · · · | | | | |
| 21 Capital stock: a Preferred stock · · · · · · · · | | | | |
| b Common stock · · · · · · · · · | 146,000 | 146,000 | 146,000 | 146,000 |
| 22 Paid-in or capital surplus. Attach reconciliation · | | | | |
| 23 Retained earnings-Appropriated. Attach schedule | | | | |
| 24 Retained earnings-Unappropriated · · · · · · · | | (144,056) | | (366,208) |
| 25 Adjustments to shareholders' equity. Attach schedule · · | | | | |
| 26 Less cost of treasury stock · · · · · · · · · · · | | ( ) | | ( ) |
| 27 Total liabilities and stockholders' equity · · · | | 274,177 | | 417,311 |

---

**Side 4** Form 100 C1 2009    043    3604094

**Schedule M-1**  Reconciliation of Income (Loss) per Books With Income (Loss) per Return.                94-3220252

If the corporation **completed** federal Schedule M-3 (Form 1120/1120-F), see instructions.

| | | | | |
|---|---|---|---|---|
| 1 | Net income per books · · · · · · · · · · · · · · · · · | (222,152) | 7 | Income recorded on books this year not |
| 2 | Federal income tax · · · · · · · · · · · · · · · · · | | | included in this return (itemize) |
| 3 | Excess of capital losses over capital gains · · · · · · · | | | **a** Tax-exempt interest  $ |
| 4 | Taxable income not recorded on books this year | | | **b** Other  · · · · · · · $ |
| | (itemize) _____ | | | **c** Total. Add line 7a and line 7b  · · · · · · |
| | | | 8 | Deductions in this return not charged |
| 5 | Expenses recorded on books this year not deducted | | | against book income this year (itemize) |
| | in this return (itemize) | | | **a** Depreciation  · · · $ |
| | **a** Depreciation · · · · · · · · · $ | | | **b** State tax refunds  · $ |
| | **b** State taxes  · · · · · · · · · $ | | | **c** Other  · · · · · · · $ |
| | **c** Travel and | | | **d** Total. Add line 8a through line 8c  · · |
| | entertainment · · · · · · · · $ | | 9 | Total. Add line 7c and line 8d · · · · · · · · |
| | **d** Other · · · · · · · · · · · · · $ | | | |
| | **e** Total. Add line 5a through line 5d · · · · · · · · · · | | 10 | Net income per return. |
| 6 | Total. Add line 1 through line 5e · · · · · · · · · · · · · · | (222,152) | | Subtract line 9 from line 6  · · · · · · · · · | (222,152) |

**Schedule M-2**  Analysis of Unappropriated Retained Earnings per Books (Schedule L, line 24)

| | | | | |
|---|---|---|---|---|
| 1 | Balance at beginning of year · · · · · · · · · · · · · · | (144,056) | 5 | Distributions: **a** Cash · · · · · · · · · · |
| 2 | Net income per books  · · · · · · · · · · · · · · · · · | (222,152) | | **b** Stock · · · · · · · · · · |
| 3 | Other increases (itemize) _____ | | | **c** Property · · · · · · · · · |
| | _____ | | 6 | Other decreases (itemize) _____ |
| | _____ | | 7 | Total. Add line 5 and line 6 · · · · · · · · · |
| | | | 8 | Balance at end of year. |
| 4 | Total. Add line 1 through line 3  · · · · · · · · · · · · · | (366,208) | | Subtract line 7 from line 4  · · · · · · · · · | (366,208) |

**Schedule D**  California Capital Gains and Losses

**Part I** Short-Term Capital Gains and Losses - Assets Held One Year or Less.  Use additional sheet(s) if necessary.

| (a) Kind of property and description (Example, 100 shares of Z Co.) | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Cost or other basis plus expense of sale | | (f) Gain (loss) (d) less (e) | |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | 00 |
| | | | | | | | 00 |
| | | | | | | | 00 |
| | | | | | | | 00 |
| | | | | | | | 00 |
| 2 | Short-term capital gain from installment sales from form FTB 3805E, line 26 or line 37  · · · · · · · · · · · · · · · · | | | | 2 | | 00 |
| 3 | Unused capital loss carryover from 2008  · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | | | 3 | | 00 |
| 4 | Net short-term capital gain (loss). Combine line 1 through line 3  · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | | | 4 | | 00 |

**Part II** Long-Term Capital Gains and Losses - Assets Held More Than One Year.  Use additional sheet(s) if necessary.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5 | | | | | | | 00 |
| | | | | | | | 00 |
| | | | | | | | 00 |
| | | | | | | | 00 |
| | | | | | | | 00 |
| 6 | Enter gain from Schedule D-1, line 9 and/or any capital gain distributions  · · · · · · · · · · · · · · · · · · · · · · · | | | | 6 | | 00 |
| 7 | Long-term capital gain from installment sales from form FTB 3805E, line 26 or line 37 · · · · · · · · · · · · · · · · · · | | | | 7 | | 00 |
| 8 | Net long-term capital gain (loss). Combine line 5 through line 7  · · · · · · · · · · · · · · · · · · · · · · · · · · · | | | | 8 | | 00 |
| 9 | Enter excess of net short-term capital gain (line 4) over net long-term capital loss (line 8)  · · · · · · · · · · · · · · · | | | | 9 | | 00 |
| 10 | Net capital gain. Enter excess of net long-term capital gain (line 8) over net short-term capital loss (line 4)  · · · · · · | | | | 10 | | 00 |
| 11 | Total lines 9 and 10. Enter here and on Form 100, Side 1, line 5. | | | | | | |
| | If losses exceed gains, carry forward losses to 2010  · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | | | 11 | | 00 |

Case: 10-71884   Doc# 1   Filed: 10/15/10   Entered: 10/15/10 08:46:15   Page 26 of 35

**H. First Return Additional Information**

Business Type · · · · · · · · · · · · · _____      Allowable Value = SoleProprietorship, Partnership, JointVenture, Corporation, Other

FEIN {9} · · · · · · · · · · · · · · · _____

SSN {9} · · · · · · · · · · · · · · · _____

ITIN {9} · · · · · · · · · · · · · · · _____

Business Name Line 1 {75} · · · · · · _____

Business Name Line 2 {75} · · · · · · _____

US Address Line 1 {35} · · · · · · · · _____

US Address Line 2 {35} · · · · · · · · _____

US City {22} · · · · · · · · · · · · · _____

US State {2} · · · · · · · · · · · · · ____

US Zip Code {16} · · · · · · · · · · · _____

Foreign Address Line 1 {35} · · · · · _____

Foreign Address Line 2 {35} · · · · · _____

Foreign City {50} · · · · · · · · · · · _____

Foreign Province or State {50} · · · · _____

Foreign Country {2} · · · · · · · · · · ____

Foreign Postal Code {50} · · · · · · · _____

**K. Voting Stock Additional Information**

FEIN {9} · · · · · · · · · · · · · · · _____

SSN {9} · · · · · · · · · · · · · · · _____

ITIN {9} · · · · · · · · · · · · · · · _____

Percent Owned {6} · · · · · · · · · · _____

Business Name Line 1 {75} · · · · · · _____

Business Name Line 2 {75} · · · · · · _____

US Address Line 1 {35} · · · · · · · · _____

US Address Line 2 {35} · · · · · · · · _____

US City {22} · · · · · · · · · · · · · _____

US State {2} · · · · · · · · · · · · · ____

US Zip Code {16} · · · · · · · · · · · _____

Foreign Address Line 1 {35} · · · · · _____

Foreign Address Line 2 {35} · · · · · _____

Foreign City {50} · · · · · · · · · · · _____

Foreign Province or State {50} · · · · _____

Foreign Country {2} · · · · · · · · · · ____

Foreign Postal Code {50} · · · · · · · _____

**O. Headquarters Are Additional Information**

Type of headquarters {18} · · · · · · <u>InsideCalifornia</u>    Allowable Value = InsideCalifornia, OutsideCAInsideUS, OutsideUS

**P. Principal Accounting Records Additional Information**

US Address Line 1 {35} · · · · · · · · <u>2355 TELEGRAPH AVENUE</u> _____

US Address Line 2 {35} · · · · · · · · _____

US City {22} · · · · · · · · · · · · · <u>Berkeley</u>

US State {2} · · · · · · · · · · · · · <u>CA</u>

US Zip Code {16} · · · · · · · · · · · <u>94704</u>

Foreign Address Line 1 {35} · · · · · _____

Foreign Address Line 2 {35} · · · · · _____

Foreign City {50} · · · · · · · · · · · _____

Foreign Province or State {50} · · · · _____

Foreign Country {2} · · · · · · · · · · ____

Foreign Postal Code {50} · · · · · · · _____

**Q. Accounting Method Additional Information**

Accounting Method {7} · · · · · · · · <u>accrual</u>   Allowable values = cash, accrual, hybrid

CAC_SCHQ.LD

| **2009** | **Corporation Depreciation and Amortization** | | | | | | | | **3885** |
|---|---|---|---|---|---|---|---|---|---|

Attach to Form 100 or Form 100W. 1120

| Corporation name | California corporation number |
|---|---|
| SMART ALEC'S INTELLIGENT FOOD INC | 1926558 |

**Part I  Election To Expense Certain Property Under IRC Section 179**

| | | | |
|---|---|---|---|
| 1 Maximum deduction under Section 179 for California · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **1** | | $25,000 |
| 2 Total cost of Section 179 property placed in service · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **2** | | 858 |
| 3 Threshold cost of Section 179 property before reduction in limitation · · · · · · · · · · · · · · · · · · · · · · · | **3** | | $200,000 |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- · · · · · · · · · · · · · · · · · · · · · · | **4** | | |
| 5 Dollar limitation for taxable year. Subtract line 4 from line 1. If zero or less, enter -0- · · · · · · · · · · · · · · · · · | **5** | | 25,000 |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|
| 6 | | | |

| | | | |
|---|---|---|---|
| 7 Listed property (elected Section 179 cost) · · · · · · · · · · · · · · · · · · · · · · · | **7** | | |
| 8 Total elected cost of Section 179 property. Add amounts in column (c), line 6 and line 7 · · · · · · · · · · · · · · · · | **8** | | |
| 9 Tentative deduction. Enter the **smaller** of line 5 or line 8 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **9** | | |
| 10 Carryover of disallowed deduction from prior taxable years · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **10** | | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 · · · · · · · · · · · · | **11** | | |
| 12 Section 179 expense deduction. Add line 9 and line 10, but do not enter more than line 11 · · · · · · · · · · · · · · · | **12** | | |
| 13 Carryover of disallowed deduction to 2010. Add line 9 and line 10, less line 12 · · · · · · · · · | **13** | | |

**Part II  Depreciation and Election of Additional First Year Expense Deduction Under R&TC Section 24356**

| (a) Description of property | (b) Date acquired | (c) Cost or other basis | (d) Depreciation allowed or allowable in earlier years | (e) Depreciation method | (f) Life or rate | (g) Depreciation for this year | (h) Additional first year depreciation |
|---|---|---|---|---|---|---|---|
| 14 STATEMENT # 810 | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| 15 Add the amounts in column (g) and column (h). The combined total of column (h) may not exceed $2,000. | | |
| See instructions for line 14, column (h) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **15** | 5,928 |

**Part III  Summary**  5,928

| | | |
|---|---|---|
| 16 Total: If the corporation is electing: | | |
| IRC Section 179 expense, add the amount on line 12 and line 15, column (g) **or** | | |
| Additional first year depreciation under R&TC Section 24356, add the amounts on line 15, columns (g) and (h) **or** | | |
| Depreciation (if no election is made), enter the amount from line 15, column (g) · · · · · · · · · · · · · · · · · · · · · · · · | **16** | 5,928 |
| 17 Total depreciation claimed for federal purposes from federal Form 4562, line 22 · · · · · · · · · · · · · · · · · · · · · · · · | **17** | 5,868 |
| 18 Depreciation adjustment. If line 17 is greater than line 16, enter the difference here and on Form 100 or Form 100W, Side 1, line 6. If line 17 is less than line 16, enter the difference here and on Form 100 or Form 100W, Side 1, line 12. (If California depreciation amounts are used to determine net income before state adjustments on Form 100 or Form 100W, no adjustment is necessary.) | **18** | 60 |

**Part IV  Amortization**

| (a) Description of property | (b) Date acquired | (c) Cost or other basis | (d) Amortization allowed or allowable in earlier years | (e) R&TC Section (see instr.) | (f) Period or percentage | (g) Amortization for this year |
|---|---|---|---|---|---|---|
| 19 | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| 20 Total. Add the amounts in column (g) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **20** | |
| 21 Total amortization claimed for federal purposes from federal Form 4562, line 44 · · · · · · · · · · · · · · · · · · · · · · | **21** | |
| 22 Amortization adjustment. If line 21 is greater than line 20, enter the difference here and on Form 100 or Form 100W, Side 1, line 6. If line 21 is less than line 20, enter the difference here and on Form 100 or Form 100W, Side 1, line 12 · · · | **22** | |

Case: 10-71884  Doc# 1  Filed: 10/15/10  Entered: 10/15/10 08:46:15  Page 28 of 35

---

**DO NOT MAIL A PAPER COPY OF THE CORPORATE TAX RETURN WITH THE PAYMENT VOUCHER.**
**If the amount of payment is zero, do not mail this voucher.**
EFT TAXPAYERS: DO NOT FILE THIS VOUCHER.

---

**WHERE TO FILE:**  Using blue or black ink, make check or money order payable to the
"Franchise Tax Board." Write the corporation number or FEIN and
"2009 FTB 3586" on the check or money order. Detach voucher
below. Enclose, but do not staple, payment with voucher and
mail to:

**FRANCHISE TAX BOARD**
**PO BOX 942857**
**SACRAMENTO CA  94257-0531**

Make all checks or money orders payable in U.S. dollars and drawn against a U.S.
financial institution.

---

**WHEN TO FILE:  Fiscal Year - see instructions.**
**Calendar Year - File and Pay by March 15, 2010.**

When the due date falls on a weekend or holiday, the deadline to file and pay
without penalty is extended to the next business day.

---

_ _ DETACH HERE _ _ _ _ _    IF NO PAYMENT IS DUE, DO NOT MAIL THIS VOUCHER   _ _ _ _ _ DETACH HERE _ _

| TAXABLE YEAR | **Payment Voucher for** | CALIFORNIA FORM |
|---|---|---|
| **2009** | **Corporation e-filed Returns** | **3586 (e-file)** |

```
1926558      SMAR  94-3220252                        09      FORM  1
TYB  07-01-09     TYE  06-30-10
SMART ALEC'S INTELLIGENT FOOD INC

2355 TELEGRAPH AVENUE
BERKELEY          CA  94704
```

                              Total Payment Amt        800.

                  043    6181096                       FTB 3586  2009

Case: 10-71884   Doc# 1   Filed: 10/15/10   Entered: 10/15/10 08:46:15   Page 29 of 35

| Name(s) as shown on return | FEIN |
|---|---|
| SMART ALEC'S INTELLIGENT FOOD INC | 94-3220252 |

FORM 1120, SCHEDULE L, LINE 18     **Statement # 11**

Other current liabilities

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ACCRUED PAYROLL & TA | 13,558 | 18,896 |
| SALES TAX PAYBLE | 21,961 | 8,076 |
| **TOTALS:** | 35,519 | 26,972 |

**PAGE 1**
**Statement # 8**

FORM 1120, SCHEDULE L, LINE 6

Other current assets

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| Loan Recivables | 75,234 | 63,750 |
| Prepaid Insurance | 317 | 280 |
| Deposits | 8,998 | 8,998 |
| Retainer | | 2,974 |
| **TOTALS:** | 84,549 | 76,002 |

**PAGE 1**
**Statement # 12**

FORM 1120, SCHEDULE L, LINE 21

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| Loan-SummitBank-8060 | | |
| **TOTALS:** | | |

STATMENT.LD

Name(s) as shown on return

SMART ALEC'S INTELLIGENT FOOD INC

FEIN
94-3220252

## FORM 1120 PAGE 1

Statement # 5

| DESCRIPTION | AMOUNT |
|---|---:|
| Accounting cost | 3,988 |
| Bank charges | 430 |
| Dues and subscriptions | 2,053 |
| Insurance | 7,408 |
| Legal and professional | 75,759 |
| Miscellaneous | 299 |
| Outside services and independent contractors | 102,618 |
| Parking fees and tolls | 4,710 |
| Payroll processing expenses | 2,739 |
| Postage/Shipping | 113 |
| Printing | 4,473 |
| Security | 174 |
| Supplies | 27,404 |
| Telephone | 5,324 |
| Uniforms | 1,520 |
| Utilities | 29,966 |
| Waste removal | 2,620 |
| Pest Control | 1,168 |
| Decorations and Music | 117 |
| Office Supplies | 1,834 |
| YKF Management Fees | 90,598 |
| Reimbursed Expenses | 3,988 |
| | |
| **TOTAL** | 369,303 |

STATMENT.LD

|  | Taxes and Licenses Attachment | 2009 |
|--|-------------------------------|------|
|  | Note: This information does not transmit to the IRS with e-filed returns. | |
|  | Including with a paper filed return is optional. | |

| CORPORATION NAME | EIN |
|------------------|-----|
| SMART ALEC'S INTELLIGENT FOOD INC | 94-3220252 |

| Taxes and Licenses | Form 1120 | Page 1, Line 17 |
|--------------------|-----------|-----------------|

| | | | |
|---|------------------------------------|-----|--------|
| 1 | State income taxes | 1 | |
| 2 | State franchise taxes | 2 | |
| 3 | City income taxes | 3 | |
| 4 | City franchise taxes | 4 | |
| 5 | Local property taxes | 5 | 3,803 |
| 6 | Intangible property taxes | 6 | |
| 7 | Payroll taxes | 7 | |
| 8 | Less: credit from Form 8846 | 8 | |
| 9 | Foreign taxes paid | 9 | |
| 10 | Occupancy taxes | 10 | |
| 11 | Other miscellaneous taxes | 11 | 114 |
| 12 | Licenses | 12 | 14,206 |
| | | | |
| 13 | Total to Form 1120, Page 1, Line 17 | 13 | 18,123 |

ATT_CTL.LD

| FORM 1120, LINE 29a, NOL DEDUCTION | | | | 2009 ATT_NOL | |
|---|---|---|---|---|---|
| **Name** | | | | Employer ID Number | |
| SMART ALEC'S INTELLIGENT FOOD INC | | | | 94-3220252 | |
| **Year** | **Loss Carryover/ Carryback** | **Increase of NOL Due to Sec 170(d)(2)(B) Contribution Reduction\*** | **Loss Applied to 2009** | **Unused Loss** | **Unused Sec 170(d)(2)(B)** |
| 1989 | | | | Expired | Expired |
| 1990 | | | | | |
| 1991 | | | | | |
| 1992 | | | | | |
| 1993 | | | | | |
| 1994 | | | | | |
| 1995 | | | | | |
| 1996 | | | | | |
| 1997 | | | | | |
| 1998 | | | | | |
| 1999 | | | | | |
| 2000 | | | | | |
| 2001 | | | | | |
| 2002 | | | | | |
| 2003 | | | | | |
| 2004 | | | | | |
| 2005 | | | | | |
| 2006 | | | | | |
| 2007 | | | | | |
| 2008 | | | | | |
| | **Current year NOL** | | **Applied to Prior Years** | **Remaining 2009 NOL carryover** | |
| 2009 | 222,152 | | | 222,152 | |
| | **Future years NOL** | | **Applied to 2009** | | |
| Future Years | | | | | |
| **TOTALS** | 222,152 | | 0 | 222,152 | 0 |

\* A corporation having a net operating loss (NOL) carryover from any taxable year must apply the special rule of § 170(d)(2)(B). The rules are designed to prevent a double tax benefit through interaction of NOL and charitable contribution carryovers. The excess charitable deduction can reduce taxable income only once. Under these rules, a corporation's charitable contributions carryover (but not the NOL carryover) must be reduced, to the extent the charitable contribution deduction, in computing the taxable income of an intervening year, would increase the NOL to a succeeding year.
ATT_NOL.LD

| 1120 | **Overflow Statement** | | 2009<br>Page 1 |
|---|---|---|---|

Name(s) as shown on return | FEIN

SMART ALEC'S INTELLIGENT FOOD INC | 94-3220252

## COST OF LABOR

| Description | | Amount |
|---|---|---|
| WAGES | $ | 380,178 |
| | Total: | $ | 380,178 |

OVERFLOW.LD

**Depreciation Detail Listing**
STATE FORM 1120
For your records only

Name(s) as shown on return: SMART ALEC'S INTELLIGENT FOOD INC

Social security number/EIN: 94-3220252

| Description | Date | Cost | Salvage | Business percentage | Section 179 | Depreciation Basis | Life | Method | Rate | Current depr. | Accumulated Depreciation | Prior expense | Bonus depreciation | AMT Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHAIRS & STOOLS | 19551201 | 3,575 | | 100.00 | | 3,575 | 7 | | 0 | | 3,575 | | | |
| MISC FURNITURE & FIXT | 19950331 | 902 | | 100.00 | | 902 | 7 | | 0 | | 861 | | | |
| OFFICE EQUIPMENT | 20060331 | 2,222 | | 100.00 | 0 | 2,222 | 7 | 200 DB HY | 8.93 | | 2,222 | 0 | | |
| COMPUTER EQUIPMENT | 20060331 | 1,450 | | 100.00 | 0 | 1,450 | 7 | 200 DB HY | 8.93 | | 1,450 | 0 | | |
| LEASEHOLD IMPROVEMENT | 19960331 | 209,640 | | 100.00 | 0 | 209,640 | 39 | S/L | 2.564 | 5,375 | 85,001 | 0 | | |
| MISC LEASEHOLD IMPROV | 19960331 | 14,961 | | 100.00 | | 14,961 | 39 | | 0 | | 4,988 | | | |
| EQUIPMENT | 19950709 | 800 | | 100.00 | | 800 | 7 | | 0 | | 556 | | | |
| EQUIPMENT | 19951010 | 6,000 | | 100.00 | | 6,000 | 7 | | 0 | | 6,000 | | | |
| WALK-IN REFRIGERATOR | 19951124 | 6,590 | | 100.00 | | 6,590 | 7 | | 0 | | 6,002 | | | |
| FRENCH FRY MACHINE | 19951208 | 8,325 | | 100.00 | | 8,325 | 7 | | 0 | | 7,592 | | | |
| FREEZER | 19551215 | 2,929 | | 100.00 | | 2,929 | 7 | | 0 | | 2,668 | | | |
| PATTY MACHINE | 19951231 | 8,000 | | 100.00 | | 8,000 | 7 | | 0 | | 7,679 | | | |
| OVEN | 19960104 | 13,860 | | 100.00 | | 13,860 | 7 | | 0 | | 13,619 | | | |
| HOBART MIXER | 19960115 | 2,800 | | 100.00 | | 2,800 | 7 | | 0 | | 2,551 | | | |
| RESTAURANT EQUIPMENT | 19960115 | 39,568 | | 100.00 | | 39,568 | 7 | | 0 | | 25,973 | | | |
| NEW FRY MACHINE | 20021001 | 4,495 | | 100.00 | 0 | 4,495 | 7 | 200 DB HY | 4.46 | 200 | 3,734 | 0 | | |
| RESTAURANT EQUIPMENT | 19960101 | 60,605 | | 100.00 | | 60,605 | 7 | | 0 | | 36,720 | | | |
| Office Equipments | 20070221 | 2,371 | | 100.00 | 0 | 2,371 | 7 | 200 DB HY | 12.49 | 296 | 1,631 | 0 | | |
| Equipment | 20071231 | 2,607 | | 100.00 | 0 | 2,607 | 7 | 200 DB HY | 17.49 | | 2,607 | 0 | | |
| Computer | 20100506 | 858 | | 100.00 | 0 | 858 | 5 | 200 DB MQ | 5 | 43 | 43 | 0 | | |
| Leasehold Improvement | 20100630 | 9,271 | | 100.00 | 0 | 9,271 | 27.5 | S/L | .152 | 14 | 14 | | | |
| **Totals** | | 401,825 | | | 0 | 401,829 | | | | 5,928 | 215,488 | 0 | | |

Land Amount
Net Depreciable Cost: 401,829

ST ADJ: